IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: TERRENCE P. ROBINSON )
)
Select Portfolio Servicing, Inc. f/k/a )
Home Loan Services/First Franklin Loan )
Service c/o Home Loan Services, Inc./ )
U.S. Bank National Association, as )
Trustee for First Franklin Mortgage )
Loan Trust 2006-FF14, Mortgage Pass- )
Through Certificates, Series 2006-FF14, )
        Creditor, )
)
  vs. ) CASE NO. 07-20442
) JUDGE Eugene R. Wedoff
TERRENCE P. ROBINSON, )
        Debtor )

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Select Portfolio Servicing, Inc. f/k/a Home Loan ServFirst Franklin Loan Service c/o Home Loan Services, Inc./U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF14, Mortgage Pass-Through Certificates, Series 2006-FF14, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the May 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 6, 2011:

   | | |
   |---|---:|
   | a. Attorney fees | $250.00 |
   | b. Payments (11 @ $946.27) | $10,408.97 |
   | c. Negative escrow balance outstanding | $6,643.22 |
   | c. Suspense | -$137.25 |
   | Total | $17,164.94 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Select Portfolio Servicing, Inc. f/k/a Home Loan ServFirst Franklin Loan Service c/o Home Loan Services, Inc./U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF14, Mortgage Pass-

Through Certificates, Series 2006-FF14 rights to collect these amounts will be unaffected.

                    Respectfully Submitted,

                    Select Portfolio Servicing, Inc. f/k/a Home Loan ServFirst Franklin Loan Service c/o Home Loan Services, Inc./U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF14, Mortgage Pass-Through Certificates, Series 2006-FF14

                    /s/Christopher M. Brown
                    Christopher M. Brown
                    ARDC#6271138

                    Pierce and Associates, P.C.
                    1 North Dearborn
                    Suite 1300
                    Chicago, Illinois 60602
                    (312)346-9088